COPY

AO 442 (Rev. 11/11) Arrest Warrant

F#1216231

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

**SEALED**

RECEIVED
US MARSHALS
SAINT PAUL, MN
2021 MAR 17 AM 7:

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. CR 21-61 DSD/KMM |
| Bereket Efren Worasi | ) | |
| | ) | 0:21·mj·193 |
| Defendant | ) | Judge Beavers |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* Bereket Efren Worasi, who is accused of an offense or violation based on the following document filed with the court:

✓ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court
☐ Pretrial Release Violation Petition

This offense is briefly described as follows:
Count 1: Possession of an Unregistered Firearm, 26:5841, 5861(d), and 5871; Count 2: Possession with Intent to Distribute Fentanyl, 21:841(a)(1) and 841(b)(1)(C).

Date: 03/16/2021

_____
Issuing officer's signature

City and state: St. Paul, MN

Kate M. Fogarty, Clerk of Court
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____ at *(city and state)* _____. |
| Date: _____ |
| _____ |
| *Arresting officer's signature* |
| _____ |
| *Printed name and title* |

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, | **INDICTMENT** |
| Plaintiff, | 26 U.S.C. § 5841 |
| | 26 U.S.C. § 5845(a) |
| v. | 26 U.S.C. § 5861(d) |
| | 26 U.S.C. § 5871 |
| BEREKET EFREN WORASI, | 21 U.S.C. § 841(a)(1) |
| | 21 U.S.C. § 841(b)(1)(c) |
| Defendant. | 26 U.S.C. § 5872 |
| | 28 U.S.C. § 2461(c) |
| | 21 U.S.C. § 853(p) |

THE UNITED STATES GRAND JURY CHARGES THAT:

## COUNT 1
(Possession of an Unregistered Firearm)

On or about October 13, 2020, in the State and District of Minnesota, the defendant,

**BEREKET EFREN WORASI,**

did knowingly possess a firearm, namely, a 9mm Glock model 26 with serial number ACYS313, with installed back plate device (machinegun), knowing the firearm had characteristics that made it a firearm under Title 26, United States Code, Section 5845(a), that was not registered to him in the National Firearms Registration and Transfer Record, all in violation of Title 26, United States Code, Sections 5841, 5861(d), and 5871.

## COUNT 2
(Possession with Intent To Distribute Fentanyl)

On or about November 20, 2020, in the State and District of Minnesota, the defendant,

## BEREKET EFREN WORASI,

did unlawfully, knowingly and intentionally possess with the intent to distribute a mixture and substance containing a detectable amount of Fentanyl, which is also known by the chemical name N-[1-(2-phenylethyl)-4-piperidinyl] propenamide, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## FORFEITURE ALLEGATION

If convicted of Count 1 of this Indictment, the defendant shall forfeit to the United States, pursuant to Title 26, United States Code, Section 5872 and Title 28, United States Code, Section 2461(c), any firearm involved in any violation of the National Firearms Act, including but not limited to: a 9mm Glock model 26 with serial number ACYS313, with installed back plate device (machinegun) seized on October 13, 2020.

If convicted of Count 2 of this Indictment, the defendant shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853(a)(1) and (2), any property constituting, or derived from, any proceeds the defendant obtained, directly or indirectly, as the result of such violation and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of such violation, including but not limited to the following items seized from the Defendant on November 20, 2020:

(1) $1,803 in U.S. Currency;

(2) an AK47 rifle 7.62 caliber with a 30 round magazine and ammunition;

(3) a 100 round AK47 drum magazine with 7.62 rounds;

(4) a loaded .40 caliber Glock magazine; and

(5) an unloaded 9mm Glock magazine.

If any of the above-described property is unavailable for forfeiture, the United States intends to seek the forfeiture of substitute property as provided for in Title 21, United States Code, Section 853(p).

A TRUE BILL

_____  _____
ACTING UNITED STATES ATTORNEY   FOREPERSON